IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 NOV 16 AM 11:39

CLERK_____
SO. DIST. OF GA.

THE UNITED STATES OF AMERICA,      )
                                   )
         Plaintiff,                )
                                   )
    v.                             )  6:18CR14
                                   )
ALFRED ANTHONY WOODS,              )
                                   )
         Defendant.                )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this __16th__ day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA